UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA H. BONIFACIO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:21-cv-00396 CKD (SS)<br><br><br><br>ORDER |

Plaintiff is proceeding through counsel.  Plaintiff has filed an in forma pauperis affidavit in which she states that her spouse's monthly take-home pay is $4,000.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  In addition, a $50.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. §  1915(a).

In her application, plaintiff lists no dependents.  Her household's annual take-home income is roughly $48,000.  According to the 2020 federal poverty guidelines issued by the U.S. Department of Health and Human Services (HHS), a family of two with a yearly income of $48,000 is at nearly 300% of the poverty rate.  Plaintiff's household income shows that plaintiff is

1 able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigence.

2 See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony

3 v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D.

4 Cal. 1994).

5     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma

6 pauperis (ECF No. 2) is denied.  Plaintiff is granted fourteen days in which to submit the

7 appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and

8 general administrative fees in the amount of $400 will result in a recommendation that the instant

9 action be dismissed without prejudice.

10 Dated: March 8, 2021

11  

12 CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16 2 / bonifacio396.ifp.den